IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-514-WKW |
| | ) | |
| SIXTEEN THOUSAND FIVE HUNDRED | ) | |
| FIFTY TWO ($16,552)DOLLARS IN | ) | |
| UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

WARRANT FOR ARREST IN REM

TO THE UNITED STATES MARSHAL OF THE MIDDLE DISTRICT OF ALABAMA
AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a Verified Complaint of Forfeiture In Rem has been filed in the United States

District Court for the Middle District of Alabama, alleging that the Defendant property is subject to

seizure and forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for violation of 21 U.S.C.

§ 841 et seq.;

And, the Court being satisfied that, based on the Verified Complaint of Forfeiture In Rem, there

is probable cause to believe that the Defendant currency so described constitutes property involved in or

traceable to such violations of 21 U.S.C. § 841 et seq., and that grounds for application for issuance of

a warrant for arrest  in rem exist, pursuant to Supplemental Rule G of the Supplemental Rules for

Admiralty or Maritime and Asset Forfeiture Claims;

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize said Defendant

currency, and use your discretion and whatever means appropriate to protect and maintain said Defendant

currency; and,

IT IS FURTHER ORDERED that you shall send any person who reasonably appears to be a

potential claimant based upon the facts known to the United States, a copy of this Warrant and Verified

Complaint <u>In</u> <u>Rem</u> in a manner consistent with the Supplemental Rules for Admiralty or Maritime and

Asset Forfeiture Claims, Federal Rules of Civil Procedure; and,

IT IS FURTHER ORDERED that you publish notice to all persons of this action and the

procedures to be followed for making a claim as described in this Warrant in a manner consistent with

Supplemental Rule G(4)(a); and,

IT IS FURTHER ORDERED that a return of this Warrant shall be promptly made to the Court

identifying the individuals upon whom copies were served and the manner employed; and,

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the

Defendant currency shall file a claim asserting that interest, in the manner set forth in 18 U.S.C. §

983(a)(4)(A) and Supplemental Rule G(5), and such claim must be filed not later than 30 days after the

date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication

of notice of the filing of the Complaint, and shall serve and file their answers to the Complaint within

twenty (20) days after the filing of the claim with the Office of the Clerk, United States District Court

for the Middle District of Alabama, One Church Street, Montgomery, Alabama 36104, with a copy

thereof sent to:

> John T. Harmon
> Assistant United States Attorney
> Office of the United States Attorney
> Middle District of Alabama
> One Court Square Suite 201 (36104)
> Post Office Box 197
> Montgomery, Alabama 36101-0197
> Telephone: (334) 223-7280.

Done this 14th day of June, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE

2