UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUL 12 P 2: 23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv514-WKW |
| ) | |
| SIXTEEN THOUSAND FIVE HUNDRED ) | |
| FIFTY TWO ($16,552) DOLLARS IN ) | July 12, 2007 |
| UNITED STATES CURRENCY ) | |
|    Defendant. ) | |

## VERIFIED CLAIM TO CONTEST FORFEITURE

COMES NOW the Claimant, Mr. Gerderrick Moncrief (hereinafter Mr. Moncrief) and presents as his Claim to Contest Forfeiture, the following:

1. Mr. Moncrief resides at 748 Ryefield Court, Montgomery, Montgomery County, Alabama. His social security number is 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.

2. The United States of America, through the United States Attorney's Office, has filed a Verified Complaint for Forfeiture in Rem upon Mr. Moncrief. The Claimant was served, through his undersigned counsel, on or about July 5, 2007, and therefore this Claim is timely, according to 18 U.S.C. §983(a)(4)(A) and Supplemental Rule G(5).

3. On or about December 15, 2006, Mr. Moncrief was wrongfully charged with cases that are currently pending in Montgomery County Court. Pursuant to those charges, Mr. Moncrief's home was entered and searched by Montgomery Police Officers. During that search, certain assets were taken from Mr. Moncrief's home.

4. Certain assets, including the $16,552 defendant currency, were seized on December 15, 2006, at Mr. Moncrief's residence, 748 Ryefield Court, Montgomery, Montgomery County,

Alabama. The assets were originally listed as Asset ID 07-DEA-478082, Case No. KI-05-0026. On March 2, 2007, Mr. Moncrief filed a claim with the Drug Enforcement Agency, to contest the forfeiture of these assets. His claim was then forwarded to the United States Attorney for the Middle District of Alabama.

5. Mr. Moncrief asserts that the defendant $16,552 in United States currency was lawfully earned through his business, namely Step Yo Game Up, which sells premium automobile wheels and tires at 2501 Highland Avenue in Montgomery, Alabama. This money constituted a substantial portion of the gross receipts from his legitimate business, Step Yo Game Up, between December 4, 2006, and December 13, 2006.

6. The seized $16,552 in U.S. currency was in Mr. Moncrief's coat pocket in a closet at his home, and would have deposited them into his account; however, he was delayed in making this deposit because of surgery he had on December 14, 2006. Before Mr. Moncrief could make the deposit, the $16,552 was wrongfully removed from his home by Montgomery Police Officers.

7. Attached hereto are receipts for merchandise for which the seized cash was received, totaling $18,950 and sold by Mr. Moncrief's business. Mr. Moncrief certifies that these receipts were for sales of merchandise by his business from December 04, 2006, to December 13, 2006, the two week period prior to the seizure. The $16,552 seized from Mr. Moncrief's home was a large portion of the cash received in these sales during this period.

8. The loss of this substantial portion of cash receipts has caused serious financial difficulty for Mr. Moncrief's business as he has had difficulty paying for new inventory and business expenses.

The foregoing considered, Mr. Moncrief requests the immediate return of his property, as the

loss of this money is adversely affecting his business.

I have read the foregoing Claim, and I swear, under the penalty of perjury, that it is true and accurate in every respect.

_____
Gerderrick Moncrief
Claimant

Respectfully submitted, this the 12th day of July, 2007.

_____
Joseph C. Guillot

OF COUNSEL:
**McPHILLIPS SHINBAUM, L.L.P.**
P. O. Box 64
Montgomery, AL 36101
Telephone – (334) 262-1911
Facsimile – (334) 263-2321

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Claim via U.S. Mail, postage prepaid and properly addressed, upon the following counsel for the United States:

John T. Harmon, Esq.
Assistant United States Attorney
201 One Court Square (36104)
P.O. Box 197
Montgomery Alabama 36101-0197

This the 12th day of July, 2007July 2007.

_____
Of Counsel

3

# AFFIDAVIT OF GERDERRICK MONCRIEF

STATE OF ALABAMA            )
COUNTY OF MONTGOMERY   )

Personally appeared before me, the undersigned Notary Public in and for the State of Alabama at Large, Gerderrick Moncrief, who is known to me and who, being duly sworn, deposes and says on oath and subject to the penalty of perjury, as follows:

1. My name is Gerderrick Moncrief, I am a resident of 748 Ryefield Court, Montgomery, Montgomery County, Alabama. My social security number is 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. I am over the age of nineteen (19) years.

2. I am filing a Claim to Contest Forfeiture of $16,552 that was wrongfully seized from my home. I am the lawful owner of $16,552 in cash, which was seized during a wrongful search of my home at 748 Ryefield Court, Montgomery, Alabama, on December 15, 2006. The listed asset was in my coat pocket in my closet in my home.

3. I had surgery on the back of my head on December 14, 2006, the day before the search of my home. I had the $16,552 cash at my home because I intended to deposit it in my business bank account, but failed to do because of the surgery and recovery from the surgery.

4. The cash in question was from the gross receipts from my legitimate business, Step Yo Game Up, which sells premium automobile wheels and tires. My business is located at 2501 Highland Avenue in Montgomery, Alabama.

5. Attached to my affidavit are copies of receipts for merchandise sold by my business. I certify that the attached are true and accurate copies of receipts for merchandise sold by my business from December 4, 2006 to December 13, 2006, during the two week period prior to the

seizure. These receipts total $18,950. The $16,552 seized from my home was a substantial portion of the cash received in these sales during this period.

6. The loss of this substantial portion of cash receipts is causing serious financial difficulty for my business. I have had difficulty purchasing new inventory and paying business expenses.

7. I am due the return of the entire $16,552 seized from my home on December 15, 2006, because this currency constitutes gross receipts from my legitimate business.

8. I do hereby solemnly swear, under penalty of perjury, that the foregoing is true and accurate in every respect.

Any further communication with me on this matter should be by and through my attorney, Joseph C. Guillot, at McPhillips Shinbaum, L.L.P., 516 S. Perry Street, Montgomery, Alabama 36104.

_____
Gerderrick Moncrief

STATE OF ALABAMA    )

COUNTY OF MONTGOMERY)

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that **Gerderrick Moncrief**, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily, under oath and under the penalty of perjury, on this date.

SWORN TO AND SUBSCRIBED BEFORE ME this 12 day of July, 2007.

_____
NOTARY PUBLIC

My Commission expires: 8/9/09

2

# STEP YO GAME UP CUSTOMS

2501 Highland Ave.
Montgomery, AL 36107
334-356-1659 • Fax 334-356-1660

**Our Memo To You** — Your car needs this additional service:

| Engine | Chassis | Other |
|---|---|---|
| ☐ OIL CHANGE | ☐ LUBRICATION | ☐ NEW SHOCKS |
| ☐ TUNE-UP | ☐ TRANSMISSION | ☐ WHEEL BALANCING |
| ☐ VALVE GRIND | ☐ REAR AXLE | ☐ NEW TIRES  ☐ HOSES |
| ☐ OVERHAUL | ☐ STEERING | ☐ TIRE ROTATION |
| ☐ CARBURETOR | ☐ ALIGN FRONT END | ☐ AIR CONDITIONING |
| ☐ COOLING SYSTEM | ☐ OVERHAUL FRONT END | ☐ STRUTS |
| ☐ BELTS | | ☐ CVC JOINT |

| Electrical | | Brakes |
|---|---|---|
| ☐ IGNITION | ☐ BATTERY | ☐ ADJUST  ☐ WHEEL CYL |
| ☐ GENERATOR | ☐ LIGHTS | ☐ RELINE  ☐ BRAKE HOSE |
| ☐ STARTER | ☐ SPARK PLUGS | ☐ MASTER CYLINDER |

No. _____

NAME Kristina Glenn
STREET ADDRESS 3057 N. Rick dr
CITY/STATE/ZIP Mtry AL 36108
BUSINESS PHONE 334 514-0724  HOME PHONE 262-6824

DATE 12/04/06
WRITTEN BY Brandon
MAKE Cadillac   MODEL Deville
YEAR 2001
LICENSE   COLOR
SPEEDOMETER   MOTOR SIZE

| QUANTITY | PART # | DESCRIPTION | PRICE | VIN | LABOR | ESTIMATE ON REPAIR | LABOR |
|---|---|---|---|---|---|---|---|
| 4 | Gio | 22x8 | | | Mounted & Balance | | |
| 4 | Nitto | 245x35x22 | | | | | |
| | | | | | Rims & Tires | | |
| | | | | | Locks & Lugs | | |
| | | | | | KKW Rim 3 free Rotate | | |
| | | | | | 2600.00  Balance | | |
| | | | | | Deposit 1600.00 | | |
| | | | | | Owe 1000.00 | | |

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL PARTS | |
| ACCESSORIES | |
| TIRES & TUBES | |
| WRECKER SERVICE | |
| GAS, OIL, GREASE | |
| SUB-TOTAL | |
| TAX | |
| **TOTAL** | 9600.00 |

Total Accessories

COMMENTS ON REPAIR NEEDS

TOTAL GENERAL LABOR—CARRY TO RIGHT COLUMN

| | |
|---|---|
| GALLONS GAS | |
| QUARTS OIL | |
| LUBE | |
| PINTS GEAR LUBE | |
| QUARTS TRANS OIL | |
| WRECKER SERVICE | |
| **TOTAL** | |

ALL PARTS HAVE 90-DAY WARRANTY
LABOR & REPAIR HAS 30-DAY WARRANTY

Once car is repaired, it must be picked up within 5 days or will be subject to a charge, or left on lot.

I hereby authorize the above repair work to be done along with the necessary materials. You and your employees may operate above vehicle for purposes of testing, inspection, or delivery at my risk. An express mechanic lien is acknowledged on above vehicle to secure the amount of repairs thereto. It is also understood that you will not be held responsible for loss or damage to cars or articles left in cars in case of fire, theft or any other cause beyond your control.

SIGNATURE Kristina Glenn

NO REFUNDS ON SPECIAL ORDERS
DEPOSIT WILL NOT BE REFUNDED ON LAY-A-WAYS OVER 90 DAYS

RECEIVED 2007 MAR -2 PM 3:34

# STEP YO GAME UP CUSTOMS

2501 Highland Ave.
Montgomery, AL 36107
334-356-1659 • Fax 334-356-1660

No. _____

**Our Memo To You** — Your car needs this additional service:

| Engine | Chassis | Other |
|---|---|---|
| ☐ OIL CHANGE | ☐ LUBRICATION | ☐ NEW SHOCKS |
| ☐ TUNE-UP | ☐ TRANSMISSION | ☐ WHEEL BALANCING |
| ☐ VALVE GRIND | ☐ REAR AXLE | ☐ NEW TIRES ☐ HOSES |
| ☐ OVERHAUL | ☐ STEERING | ☐ TIRE ROTATION |
| ☐ CARBURETOR | ☐ ALIGN FRONT END | ☐ AIR CONDITIONING |
| ☐ COOLING SYSTEM | ☐ OVERHAUL FRONT END | ☐ STRUTS |
| ☐ BELTS | | ☐ CVC JOINT |

| Electrical | | Brakes | |
|---|---|---|---|
| ☐ IGNITION | ☐ BATTERY | ☐ ADJUST | ☐ WHEEL CYL |
| ☐ GENERATOR | ☐ LIGHTS | ☐ RELINE | ☐ BRAKE HOSE |
| ☐ STARTER | ☐ SPARK PLUGS | ☐ MASTER CYLINDER | |

WRITTEN BY: Mike
DATE: 12/08/06
MAKE: Toyota
MODEL: Celica
YEAR: 06
COLOR: Celica
LICENSE: 
SPEEDOMETER: 
MOTOR SIZE: 

NAME: Nicole Lackey
STREET ADDRESS: 215 E Coliseum Blvd
CITY/STATE/ZIP: Monty, AL 36109
BUSINESS PHONE: (334) 356-0412   HOME PHONE:
VIN:

| QUANTITY | PART # | DESCRIPTION | PRICE |
|---|---|---|---|
| 4 | | wanted 19" | 1150.00 |
| 4 | | Nexton Tires | |

lugs/nuts
lugs lugs
total $1150.00
paid $300.00
owe $850.00 paid on 12-11-06

| | LABOR | ESTIMATE ON REPAIR | LABOR |
|---|---|---|---|
| | 1150.00 | | |

Total Accessories: 1150.00

COMMENTS ON REPAIR NEEDS:

TOTAL GENERAL LABOR—CARRY TO RIGHT COLUMN

| | |
|---|---|
| GALLONS GAS | TOTAL LABOR |
| QUARTS OIL | TOTAL PARTS |
| LUBE | ACCESSORIES |
| PINTS GEAR LUBE | TIRES & TUBES |
| QUARTS TRANS OIL | WRECKER SERVICE |
| WRECKER SERVICE | GAS, OIL, GREASE |
| | SUB-TOTAL |
| TAX | |
| TOTAL | TOTAL 1150.00 |

ALL PARTS HAVE 90-DAY WARRANTY
LABOR & REPAIR HAS 30-DAY WARRANTY

Once car is repaired, it must be picked up within 5 days or will be subject to a charge, or left on lot.

I hereby authorize the above repair work to be done along with the necessary materials. You and your employees may operate above vehicle for purposes of testing, inspection, or delivery at my risk. An express mechanic lien is acknowledged on above vehicle to secure the amount of repairs thereto. It is also understood that you will not be held responsible for loss or damage to cars or articles left in cars in case of fire, theft or any other cause beyond your control.

SIGNATURE: N. Lackey

**NO REFUNDS ON SPECIAL ORDERS**
**DEPOSIT WILL NOT BE REFUNDED ON LAY-A-WAYS OVER 90 DAYS**

# STEP YO GAME UP CUSTOMS

2501 Highland Ave.
Montgomery, AL 36107
334-356-1659 • Fax 334-356-1660

No. _____

| | |
|---|---|
| WRITTEN BY | Brandon |
| DATE | 12-11-06 |
| MAKE | Honda |
| MODEL | Civic LX |
| YEAR | 01 |
| COLOR | Silver |
| LICENSE | |
| SPEEDOMETER | |
| MOTOR SIZE | |

**NAME** Andre Thomas
**STREET ADDRESS** 914 Tullibody Dr
**CITY/STATE/ZIP** Montg, AL 36105
**BUSINESS PHONE** (334) 221-4410  **HOME PHONE** (334) 430-1383

## Our Memo To You — Your car needs this additional service:

**Engine**
☐ OIL CHANGE
☐ TUNE-UP
☐ VALVE GRIND
☐ OVERHAUL
☐ CARBURETOR
☐ COOLING SYSTEM
☐ BELTS

**Chassis**
☐ LUBRICATION
☐ TRANSMISSION
☐ REAR AXLE
☐ STEERING
☐ ALIGN FRONT END
☐ OVERHAUL FRONT END

**Other**
☐ NEW SHOCKS
☐ WHEEL BALANCING
☐ NEW TIRES ☐ HOSES
☐ TIRE ROTATION
☐ AIR CONDITIONING
☐ STRUTS
☐ CVC JOINT

**Electrical**
☐ IGNITION ☐ BATTERY
☐ GENERATOR ☐ LIGHTS
☐ STARTER ☐ SPARK PLUGS

**Brakes**
☐ ADJUST ☐ WHEEL CYL
☐ RELINE ☐ BRAKE HOSE
☐ MASTER CYLINDER

| QUANTITY | PART # | DESCRIPTION | PRICE |
|---|---|---|---|
| 4 | | 18 x 7.5 | |
| 4 | | 245 x 35 x 18 | |

Mounted & Balanced

Locks & Lugs

Lifetime Rotate & Balance

Paid in Full

160
Deposit 300

| | |
|---|---|
| GALLONS GAS | |
| QUARTS OIL | |
| LUBE | |
| PINTS GEAR LUBE | |
| QUARTS TRANS OIL | |
| WRECKER SERVICE | |

| | |
|---|---|
| LABOR | |
| ESTIMATE ON REPAIR | |
| LABOR | |
| TOTAL | |
| TOTAL LABOR | |
| TOTAL PARTS | |
| ACCESSORIES | |
| TIRES & TUBES | |
| WRECKER SERVICE | |
| GAS, OIL, GREASE | |
| SUB-TOTAL | |
| TAX | |
| TOTAL | 150.00 |

**Total Accessories** _____
**COMMENTS ON REPAIR NEEDS**
**TOTAL GENERAL LABOR—CARRY TO RIGHT COLUMN**

ALL PARTS HAVE 90-DAY WARRANTY
LABOR & REPAIR HAS 30-DAY WARRANTY

Once car is repaired, it must be picked up within 5 days or will be subject to a charge, or left on lot.

I hereby authorize the above repair work to be done along with the necessary materials. You and your employees may operate above vehicle for purposes of testing, inspection, or delivery at my risk. An express mechanic lien is acknowledged on above vehicle to secure the amount of repairs thereto. It is also understood that you will not be held responsible for loss or damage to cars or articles left in cars in case of fire, theft or any other cause beyond your control.

**SIGNATURE** _____

NO REFUNDS ON SPECIAL ORDERS
DEPOSIT WILL NOT BE REFUNDED ON LAY-A-WAYS OVER 90 DAYS

# STEP YO GAME UP CUSTOMS

2501 Highland Ave.
Montgomery, AL 36107
334-356-1659 • Fax 334-356-1660

No. _____

**Our Memo To You** — Your car needs this additional service:

**Engine**
- ☐ OIL CHANGE
- ☐ TUNE-UP
- ☐ VALVE GRIND
- ☐ OVERHAUL
- ☐ CARBURETOR
- ☐ COOLING SYSTEM
- ☐ BELTS

**Chassis**
- ☐ LUBRICATION
- ☐ TRANSMISSION
- ☐ REAR AXLE
- ☐ STEERING
- ☐ ALIGN FRONT END
- ☐ OVERHAUL FRONT END

**Other**
- ☐ NEW SHOCKS
- ☐ WHEEL BALANCING
- ☐ NEW TIRES  ☐ HOSES
- ☐ TIRE ROTATION
- ☐ AIR CONDITIONING
- ☐ STRUTS
- ☐ CVC JOINT

**Electrical**
- ☐ IGNITION  ☐ BATTERY
- ☐ GENERATOR  ☐ LIGHTS
- ☐ STARTER  ☐ SPARK PLUGS

**Brakes**
- ☐ ADJUST  ☐ WHEEL CYL.
- ☐ RELINE  ☐ BRAKE HOSE
- ☐ MASTER CYLINDER

WRITTEN BY: Wilson
DATE: 12-11-06
MAKE: Chevy
MODEL: Silverado
YEAR: 1980
COLOR: Dime

NAME: Arthur Dixon
STREET ADDRESS: 227 Windertow Dr.
CITY/STATE/ZIP: Mont/AL 36105
HOME PHONE: 334-294-5004

| QUANTITY | PART # | DESCRIPTION | PRICE |
|---|---|---|---|
| 4 | Asanti 26x10 | | |
| 4 | Pirelli 305 30 26 | | |

Mount + Balance
Locks + Rotors Balanced 11-06 A.D.
Spring Rotated 11-06 A.D.
Total $14,000.00
Deposit $10,000.00 rec'd Nov 06
                $5,000.00
                $5,000.00
                  $500.00 Dec 06
                        0

TOTAL LABOR: 10,000.00

I hereby authorize the above repair work to be done along with the necessary materials. You and your employees may operate above vehicle for purposes of testing, inspection, or delivery at my risk. An express mechanic lien is acknowledged on above vehicle to secure the amount of repairs thereto. It is also understood that you will not be held responsible for loss or damage to cars or articles left in cars in case of fire, theft or any other cause beyond your control.

SIGNATURE: _____

NO REFUNDS ON SPECIAL ORDERS
DEPOSIT WILL NOT BE REFUNDED ON LAY-A-WAYS OVER 90 DAYS

*Our Memo To You* — Your car needs this additional service:

| Engine | Chassis | Other |
|---|---|---|
| ☐ OIL CHANGE | ☐ LUBRICATION | ☐ NEW SHOCKS |
| ☐ TUNE-UP | ☐ TRANSMISSION | ☐ WHEEL BALANCING |
| ☐ VALVE GRIND | ☐ REAR AXLE | ☐ NEW TIRES ☐ HOSES |
| ☐ OVERHAUL | ☐ STEERING | ☐ TIRE ROTATION |
| ☐ CARBURETOR | ☐ ALIGN FRONT END | ☐ AIR CONDITIONING |
| ☐ COOLING SYSTEM | ☐ OVERHAUL FRONT END | ☐ STRUTS |
| ☐ BELTS | | ☐ CVC JOINT |

| Electrical | | Brakes |
|---|---|---|
| ☐ IGNITION | ☐ BATTERY | ☐ ADJUST ☐ WHEEL CYL |
| ☐ GENERATOR | ☐ LIGHTS | ☐ RELINE ☐ BRAKE HOSE |
| ☐ STARTER | ☐ SPARK PLUGS | ☐ MASTER CYLINDER |

# STEP YO GAME UP CUSTOMS
2501 Highland Ave.
Montgomery, AL 36107
334-356-1659 • Fax 334-356-1660

No. _____

WRITTEN BY: Brandon    DATE: 12-13-06

NAME: Michael Jones
STREET ADDRESS: 315 Place dr
CITY/STATE/ZIP: Mongt AL 36117
BUSINESS PHONE: 294-7999   HOME PHONE: 395-6247
VIN: _____

MAKE: Chev   MODEL: ___
YEAR: 2003   COLOR: Slv
LICENSE: 7905039   MOTOR SIZE: 24
SPEEDOMETER: ___

| QUANTITY | PART # | DESCRIPTION | PRICE | LABOR | ESTIMATE ON REPAIR | LABOR |
|---|---|---|---|---|---|---|
| 4 | Giovana | 24x10 | | | | |
| 4 | Pirelli | 315x35x24 | | | | |

Mounted & Balance
Locks & Lugs
300.00
PAID IN FULL

| TOTAL | |
|---|---|
| TOTAL LABOR | |
| TOTAL PARTS | |
| ACCESSORIES | |
| TIRES & TUBES | |
| WRECKER SERVICE | |
| GAS, OIL, GREASE | |
| SUB-TOTAL | |
| TAX | |
| TOTAL | 300.00 |

Total Accessories: ___

COMMENTS ON REPAIR NEEDS

TOTAL GENERAL LABOR—CARRY TO RIGHT COLUMN

| | |
|---|---|
| GALLONS GAS | |
| QUARTS OIL | |
| LUBE | |
| PINTS GEAR LUBE | |
| QUARTS TRANS OIL | |
| WRECKER SERVICE | |
| TOTAL | |

ALL PARTS HAVE 90-DAY WARRANTY
LABOR & REPAIR HAS 30-DAY WARRANTY

Once car is repaired, it must be picked up within 5 days or will be subject to a charge, or left on lot.

I hereby authorize the above repair work to be done along with the necessary materials. You and your employees may operate above vehicle for purposes of testing, inspection, or delivery at my risk. An express mechanic lien is acknowledged on above vehicle to secure the amount of repairs thereto. It is also understood that you will not be held responsible for loss or damage to cars or articles left in cars in case of fire, theft or any other cause beyond your control.

SIGNATURE _____

- NO REFUNDS ON SPECIAL ORDERS
- IN STORE CREDIT ONLY
- DEPOSIT WILL NOT BE REFUNDED ON LAY-A-WAYS OVER 90 DAYS
- NOT RESPONSIBLE FOR DAMAGE TO OVERSIZED WHEELS OR TIRES
- ALL IN STORE SALES ARE FINAL

## STEP YO GAME UP CUSTOMS
2501 Highland Ave.
Montgomery, AL 36107
334-356-1659 • Fax 334-356-1660

*Our Memo To You* — Your car needs this additional service:

| Engine | Chassis | Other |
|---|---|---|
| ☐ OIL CHANGE | ☐ LUBRICATION | ☐ NEW SHOCKS |
| ☐ TUNE-UP | ☐ TRANSMISSION | ☐ WHEEL BALANCING |
| ☐ VALVE GRIND | ☐ REAR AXLE | ☐ NEW TIRES ☐ HOSES |
| ☐ OVERHAUL | ☐ STEERING | ☐ TIRE ROTATION |
| ☐ CARBURETOR | ☐ ALIGN FRONT END | ☐ AIR CONDITIONING |
| ☐ COOLING SYSTEM | ☐ OVERHAUL FRONT END | ☐ STRUTS |
| ☐ BELTS | | ☐ CVC JOINT |

| Electrical | | Brakes |
|---|---|---|
| ☐ IGNITION | ☐ BATTERY | ☐ ADJUST ☐ WHEEL CYL |
| ☐ GENERATOR | ☐ LIGHTS | ☐ RELINE ☐ BRAKE HOSE |
| ☐ STARTER | ☐ SPARK PLUGS | ☐ MASTER CYLINDER |

**WRITTEN BY:** Mike  **DATE:** 10-13-06
**NAME:** Janika Bates
**STREET ADDRESS:** 9188 Bald Hill Rd
**CITY/STATE/ZIP:** Millbrook, AL 36054
**BUSINESS PHONE:** 334 300 7444  **HOME PHONE:** 334 651-0511
**MAKE:** Honda  **MODEL:** Accord
**YEAR:** 1993  **COLOR:** Green
**LICENSE:** Mk85  **MOTOR SIZE:**
**SPEEDOMETER:**

| QUANTITY | PART # | DESCRIPTION | PRICE |
|---|---|---|---|
| 4 | | G10 20×9 | |
| 4 | | 225/30 20 Nading | |
| | | Mounted Balance | |
| | | Locks Lugs | |
| | | $1650 ºº | |
| | | Paid Cash | |
| | Total Accessories | | 1650 00 |

COMMENTS ON REPAIR NEEDS

2006 NOV -2 PM 3:35

* NO REFUNDS ON SPECIAL ORDERS
* IN STORE CREDIT ONLY
* DEPOSIT WILL NOT BE REFUNDED ON LAY-A-WAYS
  OVER 90 DAYS
* NOT RESPONSIBLE FOR DAMAGE TO OVERSIZED
  WHEELS OR TIRES
* ALL IN STORE SALES ARE FINAL

| VIN | LABOR | ESTIMATE ON REPAIR | LABOR |
|---|---|---|---|

TOTAL GENERAL LABOR—CARRY TO RIGHT COLUMN

| | |
|---|---|
| GALLONS GAS | |
| QUARTS OIL | |
| LUBE | |
| PINTS GEAR LUBE | |
| QUARTS TRANS OIL | |
| WRECKER SERVICE | |
| TOTAL | |

ALL PARTS HAVE 90-DAY WARRANTY
LABOR & REPAIR HAS 30-DAY WARRANTY

Once car is repaired, it must be picked up within 5 days or will be subject to a charge, or left on lot.

I hereby authorize the above repair work to be done along with the necessary materials. You and your employees may operate above vehicle for purposes of testing, inspection, or delivery at my risk. An express mechanic lien is acknowledged on above vehicle to secure the amount of repairs thereto. It is also understood that you will not be held responsible for loss or damage to cars or articles left in cars in case of fire, theft or any other cause beyond your control.

**SIGNATURE:** Janika Bates

| TOTAL | |
|---|---|
| TOTAL LABOR | |
| TOTAL PARTS | |
| ACCESSORIES | |
| TIRES & TUBES | |
| WRECKER SERVICE | |
| GAS, OIL, GREASE | |
| SUB-TOTAL | |
| TAX | |
| TOTAL | $1650 00 |