*Bad Comp Super @ 1900   Christine Carrol 203 9034*
*Bob Concorde   3957   3*
*Black Hummer   546-1818*

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:07CV514-WKW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SIXTEEN THOUSAND FIVE HUNDRED FIFTY TWO ($16,552) DOLLARS IN U.S. CURRENCY | COMPLAINT, WARRANT AND NOTICE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

GERDERRICK MONCRIEF

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

748 RYEFIELD COURT - MONTGOMERY, ALABAMA

*RETURNED AND FILED*

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

*JUL 17 2007*
*CLERK*
*U.S. DISTRICT COURT*
*MIDDLE DIST. OF ALA.*

| Number of process to be served with this Form - 285 | 3 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 07-DEA-478082   ALTERNATE ADDRESS: MONCRIEF'S BUSINESS - STEP YO GAME UP (2501 HIGHLAND AVENUE)

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (334) 223-7280
DATE: 06/11/07

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk | Date 6/15/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above):
Joe Guillot attorney for Moncrief

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
1 Church St.
Montgomery Al 36104

| Date of Service | Time |
|---|---|
| 7/9/07 | 1220 pm |

Signature of U.S. Marshal or Deputy: [signature] 3984

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 90.00 | 19.20 | 0 | 109.20 | | | |

REMARKS:
7-5-07 Endeavor left notice Omi E. Thomas
7-6-07 Endeavor to residence (748 Ryefield Ct) and work (2501 Highland Ave)
7/9/07 - Subject Refused service on advice of his Attorney.
657-7268-cell for Moncrief
2 deputies / endeavor each = 90.00
39.5 miles total

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)