**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 2, 2007

# NOTICE OF ERROR

To:      All Counsel of Record

**Case Style:   United States of America v. Sixteen Thousand Five Hundred Fifty Two ($16552) Dollars In United States Currency**

**Case Number:    2:07-cv-00514-WKW**

**Referenced Pleading:    Claimant's ANSWER**
**Docket Entry Number:    7**

**The referenced pleading was filed on \*\*August 1, 2007\*\* in this case and is hereby STRICKEN as an erroneous duplicate docket entry.  A correction was E-filed by counsel on August 1, 2007 as Docket Entry 8.**

**Parties are instructed to disregard #7 docketing entry, which has been stricken from the record as a docketing error.**

**NOTE:  E-Filer is advised that when errors are made in an E-filing he should NOT attempt to correct the filing by a duplicate entry.  Always contact the Clerk's office for correction instructions.**