## UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | **CIVIL ACTION NO. 2:07cv514-WKW** |
| ) | |
| **SIXTEEN THOUSAND FIVE HUNDRED** ) | |
| **FIFTY TWO ($16,552) DOLLARS IN** ) | |
| **UNITED STATES CURRENCY** ) | August 7, 2007 |
|     Defendant. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Gerderrick Moncrief, a Claimant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This Claimant is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[x] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Step Yo Game Up Customs | Claimant Owns and Operates Entity |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

  August 7, 2007                                   /s/ Joseph C. Guillot
      Date                                            Counsel

  Claimant Gerderrick Moncrief
Counsel for (print names of all parties)

 516 S. Perry Street, Montgomery AL 36104
Address, City, State Zip Code

334-262-1911
Telephone Number

**CERTIFICATE OF SERVICE**

I,    Joseph C. Guillot    , do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic service on this 7th day of August 2007, to:

John T. Harmon, Esq.
Assistant United States Attorney
201 One Court Square (36104)
P.O. Box 197
Montgomery Alabama 36101-0197

                                    /s/ Joseph C. Guillot
                                         Signature