IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-514-WKW |
| | ) | |
| SIXTEEN THOUSAND FIVE HUNDRED FIFTY TWO ($16,552)DOLLARS IN UNITED STATES CURRENCY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Motion to Exempt Proceedings from Rule 26(f) of the Federal Rules of Civil Procedure (Doc. # 13), it is ORDERED that the motion is GRANTED.

Done this 10th day of September, 2007.

                                                  /s/  W.  Keith Watkins
                                                UNITED STATES DISTRICT JUDGE