UNITED  STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
|     **v.** | ) | |
| | ) | **CIVIL ACTION NO. 2:07cv514-WKW** |
| SIXTEEN THOUSAND FIVE HUNDRED | ) | |
| FIFTY TWO ($16,552) DOLLARS IN | ) | |
| UNITED STATES CURRENCY | ) | **DATE:  September 13, 2007** |
|     **Defendant.** | ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

Please take notice that a copy of the following discovery documents have been forwarded to

attorneys of record on behalf of the Defendant, (the originals are being retained by Counsel for the

Defendant):

    1.      Defendant's First Request for Admissions from Plaintiff.

    2.      Defendant's First Interrogatories to Plaintiff.

    3.      Defendant's First Request for Production of Documents and Things to Plaintiff.

Respectfully submitted this the 13th day of September, 2007.

        /s/ Joseph C. Guillot
        Joseph C. Guillot (GUI011)
        Attorney for Defendant

**OF COUNSEL**:
McPhillips Shinbaum, L.L.P.
P.O. Box 64
516 South Perry Street
Montgomery, AL 36101-0064
(334) 262-1911

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court who will send notification of such filing to the following:

John T. Harmon, Esq.

on this the 1th day of September, 2007.

/s/ Joseph C. Guillot
OF COUNSEL

2