IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-514-WKW |
| | ) |
| SIXTEEN THOUSAND FIVE HUNDRED FIFTY TWO ($16,552) DOLLARS IN UNITED STATES CURRENCY, | ) ) ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the claimant's unopposed Motion to Stay Proceedings (Doc. # 19), it is ORDERED that the motion is GRANTED. The proceedings in this case, including discovery, are STAYED pending the resolution of the criminal charges against the claimant.

Done this 29th day of October, 2007.

        /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE