**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

January 2, 2008

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   United States of America v. $16,552

Case Number:   2:07cv00514-WKW

Referenced Pleading:   WARRANT FOR ARREST IN REM

Docket Entry Number:   21

**The referenced pleading was filed on \*\*\*January 2, 2008\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry.  This pleading was docketed in the wrong case.**

**Parties are instructed to disregard #21 docketing entry, which has been stricken from the record as a docketing error.**